# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER JR, | CASE NO. 1:08-cv-01841-DLB PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Doc. 7) |
| A. FERNANDEZ, et al., | |
| Defendants. | |

Plaintiff Ivan Carter Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2009, this Court issued an order requiring Plaintiff to complete and submit the form requiring Plaintiff to either consent or decline to the jurisdiction of a U.S Magistrate Judge, or to show cause why sanctions should not be imposed for failing to obey a court order. (Doc. 8). On April 6, 2009, Plaintiff submitted the required form. (Doc. 9).

The order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **April 20, 2009**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1