# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CARTER JR, <br><br> Plaintiff, <br><br> v. <br><br> A. FERNANDEZ, et al., <br><br> Defendants. | CASE NO. 1:08-cv-01841-DLB PC <br><br> ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS <br><br> (Doc. 1) |

Plaintiff Ivan Carter Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 1, 2008. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against Defendants A. Fernandez, R. Reynaga and H. Carrillo for use of excessive force in violation of the Eighth Amendment, and against Defendants Ceasear and Jones for failure to provide adequate medical care in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

 1. Service is appropriate for the following defendants:

   CORRECTIONAL OFFICER A. FERNANDEZ

   CORRECTIONAL OFFICER R. REYNAGA

   CORRECTIONAL OFFICER H. CARRILLO

   VOCATIONAL NURSE L. CEASEAR

| | |
|---|---|
| 1 | REGISTERED NURSE DARREN JONES |
| 2 | 2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 1, 2008. |
| 5 | 3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents: |
| 8 | a. Completed summons; |
| 9 | b. One completed USM-285 form for each defendant listed above; and |
| 10 | c. Six (6) copies of the endorsed complaint filed December 1, 2008. |
| 11 | 4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |
| 15 | 5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>. |

IT IS SO ORDERED.

Dated:   **April 22, 2009**           /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE