1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    IVAN RAY CARTER, JR,                          CASE NO. 1:08-cv-01841 DLB PC

12                    Plaintiff,                     ORDER REQUIRING PLAINTIFF TO
                                                     FURNISH FURTHER INFORMATION
13          vs.                                      FOR INITIATION OF SERVICE OF
                                                     PROCESS
14    A. FERNANDEZ, et al.,
                                                     (Doc. 14)
15                    Defendants.
      _____/            THIRTY (30) DAY DEADLINE
16

17          Plaintiff Ivan Ray Carter Jr ("plaintiff") is a state prisoner proceeding pro se and in forma

18    pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's

19    complaint, filed December 1, 2008, against defendants A. Fernandez, R. Reynaga and H. Carrillo for

20    use of excessive force in violation of the Eighth Amendment, and against defendants Ceasear and Jones

21    for failure to provide adequate medical care in violation of the Eighth Amendment.  On May 6, 2009,

22    the Court directed the United States Marshal to initiate service of process. However, the Marshal was

23    unable to locate and serve Defendant A. Fernandez, and on June 25, 2009, the Marshal returned the

24    USM-285 form to the Court. (Doc. 14.) The USM 285 form indicates that there are several employees

25    at Kern Valley State Prison named "A. Fernandez" and Plaintiff has not provided any information to

26    identify the proper employee.

27          If plaintiff can remember any details that might assist the court and the Marshal, plaintiff shall

28    so inform the court.  For example, is A. Fernandez male or female?   What unit/building was he/she

                                                     1

1 assigned?  When was he/she employed at Kern Valley State Prison?

2       Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date of

3 service of this order, plaintiff shall provide the court with any and all information he has that might help

4 the Marshal identify and serve defendant A. Fernandez.

5       Failure to comply with this order may result in an order dismissing defendant A. Fernandez from

6 this action, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.[1]

7
      IT IS SO ORDERED.
8
      **Dated:**   **June 26, 2009**          **/s/ Dennis L. Beck**
9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
      _____
26      [1]Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

27      If a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own
      after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that
      service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court
28      must extend the time for service for an appropriate period.

2