# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR., | CASE NO. 1:08-CV-01841-AWI-DLB PC |
| Plaintiff, | ORDER REGARDING OBJECTIONS |
| v. | (DOC. 62) |
| A. FERNANDEZ, et al., | |
| Defendants. | |

   Plaintiff Ivan Ray Carter, Jr. ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). On August 6, 2010, Defendants filed objections to the Court's order granting Plaintiff's motion to modify the scheduling order. Defendants contend that Plaintiff's motion is untimely. The Court however finds that Plaintiff has demonstrated good cause to receive an extension of time as to discovery. Plaintiff sufficiently demonstrated that he suffered from carpal tunnel syndrome, which impeded his ability to write, and only recently received surgery to treat the issue. Accordingly, Defendants' objection is denied.

   Defendants further seek clarification as to the deadline in which to respond to Plaintiff's request for production of documents, set two, served on April 27, 2010. The Court sets a deadline of thirty (30) days from the date of service of this order in which Defendants are to respond to Plaintiff's discovery request.

   IT IS SO ORDERED.

   Dated: **August 13, 2010**        **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE

1