IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR., | 1:08-cv-01841-AWI-DLB (PC) |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTION AS UNNECESSARY (DOC. 78) |
| vs. | ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN PART  (DOCS. 79, 80) |
| A. FERNANDEZ, et al, | |
| Defendants. | |
| _____/ | 30-DAY DEADLINE |

Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2010, Plaintiff filed a motion requesting that the Court rule on Plaintiff's motion to compel, and requesting a deadline to oppose Defendants' motion for summary judgment. The Court by separate order denied Plaintiff's motion to compel. Doc. 81. The Court will rule on Plaintiff's motion regarding a deadline to oppose Defendants' motion for summary judgment by this order. Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed December 6, 2010, is DISREGARDED as unnecessary.

On December 29, 2010, and January 26, 2011, plaintiff filed a motion to extend time to file an opposition to Defendants' motion for summary judgment. Plaintiff contends that he has not yet been able to access his legal property regarding this action.

1  Good cause has been presented to the Court for an extension of time.  However, the
2 Court will grant Plaintiff's motion only in part, as the Court finds thirty days to be sufficient.
3 GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:
4  Plaintiff is granted thirty (30) days from the date of service of this order in which to file
5 an opposition to Defendants' motion for summary judgment.
6  IT IS SO ORDERED.
7  Dated:   **February 23, 2011**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE