# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR., | CASE NO. 1:08-CV-01841-AWI-DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT |
| v. | (DOCS. 92, 93) |
| A. FERNANDEZ, et al., | |
| Defendants. | |

Plaintiff Ivan Ray Carter, Jr., ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's complaint against Defendants A. Fernandez, R. Reynaga, H. Carillo, L. Ceaser, and D. Jones for violation of the Eighth Amendment.  Pending before the Court are: 1) Plaintiff's motion for the undersigned to preside over this action during trial, filed June 30, 2011, and 2) Plaintiff's motion for a final decision on the undersigned's May 25, 2011 Findings and Recommendations, also filed June 30, 2011.  Docs. 92, 93.  Both motions are moot.  Plaintiff submitted his consent to magistrate judge jurisdiction on October 24, 2011.  Doc. 98.  The district judge assigned to this action issued an order adopting the Findings and Recommendations on September 21, 2011.  Doc. 95.  Accordingly, Plaintiff's motions, filed June 30, 2011, are denied as moot.

IT IS SO ORDERED.

Dated:    **November 15, 2011**           _____**/s/ Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE

1