# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR., | CASE NO. 1:08-CV-01841-SKO PC |
| Plaintiff, | ORDER DENYING DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER |
| v. | |
| A. FERNANDEZ, et al., | (DOC. 111) |
| Defendants. | AMENDED SCHEDULING ORDER |

Plaintiff Ivan Ray Carter, Jr. ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants A. Fernandez, R. Reynaga, H. Carrillo, L. Ceasear, and Darren Jones for violation of the Eighth Amendment.  On December 22, 2011, Defendants filed a motion to modify the scheduling order.  Doc. 111.  On January 3, 2012, Plaintiff filed his opposition.  The matter is submitted pursuant to Local Rule 230(l).

It has been brought to the Court's attention that Defendants' current counsel will not be representing Defendants in this action in the near future.  Thus, the scheduling difficulties presented by Defendants' counsel as good cause for modification of the trial schedule are no longer at issue.  Accordingly, it is HEREBY ORDERED that Defendants' motion to modify the scheduling order, filed December 22, 2011, is denied.

The Court shall retain all deadlines provided in the December 1, 2011 Second Scheduling Order, with the following modifications:

1. This matter is set for telephonic trial confirmation hearing before the Honorable Sheila K. Oberto on March 2, 2012, at 11:00 a.m. in Courtroom 7;

1  2. This matter is set for jury trial before the Honorable Sheila K. Oberto on April 17, 2012, at 9:00 a.m. in Courtroom 7;

3. Defendants' counsel will be required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the hearing at (559) 499-5790; and

4. The Defendants, in addition to electronically filing their pretrial statement, shall e-mail the pretrial statement to: skoorders@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated:   January 31, 2012**                    /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE