# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR., | CASE NO. 1:08-cv-01841-SKO PC |
| Plaintiff, | ORDER VACATING MOTIONS IN LIMINE HEARING SET FOR APRIL 4, 2012, AT 11:00 A.M. |
| v. | |
| A. FERNANDEZ, et al., | (Doc. 119) |
| Defendants. | |

This matter is set for jury trial on April 17, 2012, at 8:30 a.m. Pursuant to the Court's order filed on February 15, 2012, the deadline to file motions in limine was March 14, 2012, and a hearing date was set for April 4, 2012, at 11:00 a.m., pending the Court's determination whether a hearing was necessary. Defendants did not file any motions in limine and based on the Court's review of Plaintiff's pending motions, it is unnecessary to hold a hearing.

Accordingly, the motions in limine hearing set for April 4, 2012, at 11:00 a.m. before the undersigned is VACATED, and Plaintiff's motions shall be submitted upon the record. Local Rule 230(l); Doc. 119, Order.

IT IS SO ORDERED.

**Dated:   March 16, 2012**                /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

1