1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR., | CASE NO. 1:08-cv-01841-SKO PC |
| Plaintiff, | AMENDED ORDER VACATING MOTIONS IN LIMINE HEARING SET FOR APRIL 4, 2012, AT 11:00 A.M. |
| v. | |
| A. FERNANDEZ, et al., | (Docs. 119 and 138) |
| Defendants. | |
| _____/ | |

This matter is set for jury trial on April 17, 2012, at 8:30 a.m.  Pursuant to the Court's order filed on February 15, 2012, the deadline to file motions in limine was March 14, 2012, and a hearing date was set for April 4, 2012, at 11:00 a.m., pending the Court's determination whether a hearing was necessary.  The record is corrected to reflect that Defendants filed motions in limine on March 9, 2012.  However, the Court still finds, based on its review of the pending motions, that a hearing is unnecessary.

Accordingly, the motions in limine hearing set for April 4, 2012, at 11:00 a.m. before the undersigned remains VACATED, and the parties' motions shall be submitted upon the record.  Local Rule 230(l).

IT IS SO ORDERED.

**Dated:    March 20, 2012**                        /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE