

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR., | CASE NO. 1:08-cv-01841-SKO PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON APRIL 18, 2012, AT 8:00 A.M. |
| v. | |
| FERNANDEZ, REYNAGA, CARRILLO, CEASEAR, AND JONES, | |
| Defendants. | |

Plaintiff **Ivan Ray Carter, Jr., CDCR #J-67814**, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, April 18, 2012.

It is so ORDERED.

DATED:  4/17/12

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1