

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR., | CASE NO. 1:08-cv-01841-SKO PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| FERNANDEZ AND REYNAGA, | |
| Defendants. | (Doc. 131) |

Jury trial in this matter commenced on April 17, 2012. On April 18, 2012, the jury returned its verdict and judgment was entered.

Accordingly, **Ivan Ray Carter, Jr., CDCR #J-67814**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: April 18, 2012

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE