# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IVAN RAY CARTER, JR.,

                Plaintiff,

    v.

FERNANDEZ, REYNAGA, CARRILLO,
CEASEAR, AND JONES,

                Defendants.

_____/

CASE NO. 1:08-cv-01841-SKO PC

ORDER GRANTING MOTION AND
DIRECTING CLERK'S OFFICE TO SEND
PLAINTIFF TRANSCRIPT DESIGNATION
FORM

(Doc. 188)

    Following a two-day trial by jury, judgment was entered for Defendants and against Plaintiff on April 20, 2012.  On May 23, 2012, Plaintiff filed a motion seeking a transcript designation form and the identification of the court reporter, which Plaintiff is required to provide on the form.

    Plaintiff's motion is HEREBY GRANTED.  The court reporter for both days of trial was Karen Hooven and the Clerk's Office is directed to send Plaintiff a transcript designation form.

IT IS SO ORDERED.

**Dated:**   **June 6, 2012**                       **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE