# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IVAN RAY CARTER, JR.,

                Plaintiff,

    v.

FERNANDEZ, REYNAGA, CARRILLO, CEASEAR, AND JONES,

                Defendants.

_____/

CASE NO. 1:08-cv-01841-SKO PC

ORDER STRIKING TRANSCRIPT DESIGNATION AND ORDERING FORM FOR LACK OF SIGNATURE

(Doc. 189)

      Following a two-day trial by jury, judgment was entered for Defendants and against Plaintiff on April 20, 2012.  On June 4, 2012, Plaintiff filed a transcript designation and ordering form, but he neglected to sign it, instead writing "N/A" where he should have signed his name.

      The Court cannot consider unsigned filings and therefore, Plaintiff's form request is HEREBY STRICKEN from the record.[1]  Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

Dated:   **June 6, 2012**                    **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In as much as Plaintiff's earlier motion seeking a form was granted in a separate order, Plaintiff should fill out the form provided, sign it, and return it.